UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR                                              PLAINTIFF

v.                         CASE NO. 5:11cv00034 BSM/BD

RAY HOBBS                                                                DEFENDANT

## ORDER

The partial recommended disposition submitted by Magistrate Judge Beth Deere has been reviewed. The parties have not filed objections. After carefully considering the recommendation, as well as a *de novo* review of the record, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's motion for a preliminary injunction [Doc. No. 42] is DENIED.

IT IS SO ORDERED, this 27th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE