UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR                                                         PLAINTIFF

v.                                  CASE NO. 5:11cv00034 BSM/BD

RAY HOBBS                                                                                    DEFENDANT

## ORDER

The partial recommended disposition submitted by Magistrate Judge Beth Deere has been reviewed. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects.

Plaintiff William F. Caradine/Assabur's motion for summary judgment [Doc. No. 64] is DENIED, this 25th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE